1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARQUIS BRADFORD,

        Plaintiff,

  v.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

CASE NO. C12-5366BHS

ORDER OF REFERENCE

This matter is REFERRED to United States Magistrate Karen L. Strombom, pursuant to 28 U.S.C. Sec. 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 26th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER