UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARQUIS BRADFORD, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | CASE NO. C12-5366BHS <br><br> ORDER OF REFERENCE |

This matter is REFERRED to United States Magistrate Karen L. Strombom, pursuant to 28 U.S.C. Sec. 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 26th day of April, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER